# EXHIBIT "A"

| STATE OF WISCONSIN, CIRCUIT COURT, KENOSHA COUNTY | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | ☐ Amended<br>**Letters of Special Administration**<br>(Formal Administration) | **FILED**<br>MAY 2 5 2017 |
| RICHARD J. PUCHALSKI | | KENOSHA CIRCUIT COURT PROBATE DIVISION |
| D/O/D 08-04-2016 | Case No. 17PR92 | |

To: Laura J. Goodloe
999 E. Thornbury Lane
Libertyville, IL 60048

The decedent, with date of birth 01/07/1946 and date of death 08-04-2016,
was domiciled in Kenosha County, State of Wisconsin.

You are granted
☒ only these specific powers: To file, prosecute, negotiate and settle a wrongful death action related to the death of Richard Puchalski.

☐ all the same powers, duties and liabilities as a personal representative.
 ☐ Except: _____

Other: No assets shall be distributed without further order of the Court.

(SEAL)

BY THE COURT:

Circuit Court Judge/Circuit Court Commissioner
ANTHONY MILISAUSKAS
Circuit Judge Branch 4
(Title if printed or type Name if not eSigned)

5-25-17
Date

| Form completed by: (Name) |
|---|
| Rebecca H. Simoni |
| Address |
| 411 E. Wisconsin Ave., Suite 1000 |
| Milwaukee, WI 53202 |

| Telephone Number | Bar Number |
|---|---|
| 414-287-1529 | 1034736 |

I, KELLY A. BILOTTI, Register in Probate, Kenosha County, State of Wisconsin do hereby certify that this document is a true and correct copy of the original LETTERS on file and of record in my office. I further certify that said LETTERS are still in full force and effect. Dated this 25 day of May, 2017.
By: Deborah A. Huller, Deputy
This certificate not valid unless signature appears in blue.

§§867.15, 867.17, 879.57, Wisconsin Statutes
PR-1853, 10/10 Letters of Special Administration (Formal Administration)
This form shall not be modified. It may be supplemented with additional material.