UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-cv-21125-CMA

LAURA GOODLOE, as Personal
Representative of the Estate of
RICHARD J. PUCHALSKI,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES,
LTD., A Liberian Corporation,

    Defendant.
_____/

## DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Defendant, ROYAL CARIBBEAN CRUISES, LTD, by and through undersigned counsel, hereby provide its counter deposition designations and objections to Plaintiff's deposition designations:

### DEFINITIONS OF OBJECTIONS

| | | | |
|---|---|---|---|
| A | Authenticity | LP | Lack of Predicate |
| AA | Asked and Answered | LW | Improper Lay Witness Opinion |
| ARG | Argumentative | M | Misstates Prior Testimony |
| C | Competence | MIS | Misleading |
| CC | Colloquy between counsel | NR | Non-Responsive |
| CD | Compound | O | Outside Scope |
| CUL | Cumulative | P | Privileged |
| EX | Improper Expert Opinion | PK | Lack of Personal Knowledge |
| F | Foundation | Q | Outside the Witness' Qualifications |
| H | Hearsay | R | Relevance |
| I | Inadmissible Material | S | Calls for Speculation |
| L | Leading | SM | Subsequent Remedial Measures |
| LC | Asking for Legal Conclusion | UP | Undue Prejudice |
| | | V | Vague |

CASE NO. 18-cv-21125-CMA

| Deposition Transcript | Counter Designations | Objections to Plaintiff's Designation |
|---|---|---|
| Amanda Saunders, M.D. | <ul><li>9:2-22</li><li>11:15-18</li><li>13:17-23</li><li>18:17-19:4</li><li>21:12-22:5</li><li>34:5-24</li><li>36:22-37:15</li><li>52:18-22</li><li>57:4-59:20</li><li>66:10-23</li><li>67:22-68:11</li><li>69:6-21</li><li>73:4-9</li><li>77:24-78:8</li><li>84:22-85:7</li><li>97:2-98:1</li><li>107:3-9</li><li>107:20-108:6</li><li>132:7-153:6</li><li>156:4-157:2</li><li>159:22-160:5</li><li>161:7-162:4</li><li>170:23-171:5</li><li>180:16-181:1</li><li>181:18-182:11</li><li>183:5-12</li><li>185:12-186:8</li><li>186:13-187:18</li><li>192:20-193:18</li><li>220:16-22</li><li>222:4-15</li><li>223:19-224:9</li><li>224:22-225:2</li><li>226:2-6</li><li>228:3-8</li><li>230:5-231:1</li><li>232:7-233:17</li><li>236:7-24</li><li>240:15-241:16</li><li>244:6-10</li><li>244:14-22</li></ul> | <ul><li>6:25-7:2 // R, UP</li><li>7:15-22 // R, UP</li><li>9:23-11:8 // AA, R, UP</li><li>12:12-13:16 // AA, R, UP</li><li>13:24-14:14 // AA, R, UP, ARG</li><li>15:17-16:2 // AA</li><li>16:17-17:25 // AA, ARG, UP</li><li>17:14-25 // P, R, UP</li><li>18:11-16 // P, R, UP</li><li>19:5-8 // R</li><li>19:9-16 // CD, V, LC</li><li>20:4-25 // AA, ARG, R, UP, S</li><li>28:14-29:2 // AA, ARG, S</li><li>33:14-24 // S, V, R</li><li>44:19-47:11 // AA, ARG, R, S</li><li>48:17-49:8 // H, R, AA</li><li>49:9-52:17 // AA, ARG, R, S</li><li>53:13-54:24 // AA, ARG, R, S</li><li>61:10-12 // R, AA, ARG, UP</li><li>64:21-65:2 // S, V</li><li>77:19-23 // V, S, EX</li><li>79:18-80:6 // AA, ARG, R, UP</li><li>80:7-84:21 // P, M, H, R, ARG, AA, S</li><li>85:8-86:4 // P, M, H, R, ARG, AA, S</li><li>88:15 // P, M, H, R, ARG, AA, S</li><li>101:4-22 // AA, ARG, R, UP</li><li>102:9-20 // AA, ARG, R, UP, S</li><li>104:3-105:14 // AA, H</li><li>106:7-107:19 // AA, R, ARG, UP</li><li>123:24-127:2 // AA, R, ARG, UP</li><li>186:9-12 // AA, ARG, R, UP</li><li>190:17-191:6 // R, MIS</li><li>192: 6-19 // R, MIS</li><li>259:18-260:1 // AA, ARG, R, UP</li><li>305:6-13 // AA, ARG, R, UP, H</li><li>309:9-311:20 // AA, ARG, R, UP</li><li>317:1-8 // AA, ARG, R, UP</li><li>317:14-23 // AA, R, ARG, S, V</li></ul> |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO. 18-cv-21125-CMA

| | | |
|---|---|---|
| | - 247:14-248:15<br>- 250:17-20<br>- 252:12-16<br>- 253:17-254:2<br>- 254:8-10<br>- 255:4-12<br>- 256:5-14<br>- 257:17-258:1<br>- 258:7-24<br>- 262:15-23<br>- 266:21-267:9<br>- 268:5-10<br>- 272:3-17<br>- 274:18-275:2<br>- 276:15-277:10<br>- 283:10-12<br>- 291:8-10<br>- 313:1-316:14<br>- 318:8-353:18 | - 358:15-365:17 // AA, R, ARG, UP, M<br>- 370:15-371:1 // AA, R, ARG, UP<br>- 371:9-375:2 // AA, R, ARG, UP<br>- 375:13-376:9 // AA, R, ARG, UP<br>- 376:24-377:9 // AA, R, ARG, UP |
| Benjamin Shore, M.D. | - 62:14-22 | - 64:4-14 // O, EX<br>- 74:13-75:7 // O, EX<br>- 76:10-13 // R, CC<br>- 87:22-88:16 // UP, V, MIS<br>- 131:11-15 // R, O, V |
| Nurse Ioana Sbircea | None | - 21:23-22:14 // R, UP<br>- 22:13-23:12 // R, UP<br>- 24:3-6 // R, UP<br>- 24:11-25:11 // R, UP<br>- 26:4-19 // R, UP<br>- 26:23-28:7 // R, UP<br>- 28:20-29:15 // R, UP<br>- 71:19-24 // S<br>- 86:7-11 // H |

3

CASE NO. 18-cv-21125-CMA

Dated:   February 21, 2019
         Miami, Florida

                              Respectfully Submitted,

                              */s/ Jerry D. Hamilton*
Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Jonathan H. Dunleavy, Esq.
Florida Bar No. 459666
jdunleavy@hamiltonmillerlaw.com
Tyler J. Tanner, Esq.
Florida Bar No. 84737
ttanner@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 21, 2019**, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List by transmission of Electronic Service.

                              */s/ Jerry D. Hamilton*
Jerry D. Hamilton, Esq.

4

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO. 18-cv-21125-CMA

## SERVICE LIST

Philip D. Parrish, Esq.
Florida Bar No.: 541877
phil@parrishappeals.com
Philip D. Parrish PA
7301 SW 57th Ct, Suite 430
Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 670-5552
*Attorney for Plaintiff*

Todd R. Michaels, Esq.
Florida Bar No.: 568597
tjm@haggardlawfirm.com
The Haggard Law Firm
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 446-5700
Facsimile: (305) 446-1154
*Attorney for Plaintiff*

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Jonathan H. Dunleavy
Florida Bar No. 459666
jdunleavy@hamiltonmillerlaw.com
Tyler J. Tanner, Esq
Florida Bar No. 57559
ttanner@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690
*Attorneys for Defendant*