UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-cv-21125-CMA

LAURA GOODLOE, as Personal
Representative of the Estate of
RICHARD J. PUCHALSKI,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES,
LTD., A Liberian Corporation,

    Defendant.
_____/

## MEDIATION REPORT

Pursuant to the Court Order entered on February 20, 2019 [Dkt.102], the parties attended mediation with their respective counsel on Tuesday, February 25, 2019 at 9:30 a.m. at the law offices of Hamilton, Miller & Birthisel, LLP. The parties were unable to reach a settlement and an impasse was declared.

Dated: February 25, 2019

                                            Respectfully Submitted,

                                            /s/James F. Gilbride, Esq.
                                            James F. Gilbride, Esq.
                                            **jamesf@jamesfgilbride.com**
                                            **Law Offices of James F. Gilbride**
                                            713 Madeira Avenue
                                            Coral Gables, Florida 33134-3731
                                            Phone No. (305) 793-6311

CASE NO. 18-cv-21125-CMA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 25, 2019**, the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List by transmission of Electronic Service.

/s/ James F. Gilbride
James F. Gilbride, Esq.

## SERVICE LIST

Philip D. Parrish, Esq.
Florida Bar No.: 541877
phil@parrishappeals.com
Philip D. Parrish PA
7301 SW 57th Ct, Suite 430
Miami, FL 33143
Telephone: (305) 670-5550
Facsimile: (305) 670-5552
*Attorney for Plaintiff*

Todd R. Michaels, Esq.
Florida Bar No.: 568597
tjm@haggardlawfirm.com
The Haggard Law Firm
330 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 446-5700
Facsimile: (305) 446-1154
*Attorney for Plaintiff*

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Jonathan H. Dunleavy
Florida Bar No. 459666
jdunleavy@hamiltonmillerlaw.com
Tyler J. Tanner, Esq
Florida Bar No. 57559
ttanner@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690
*Attorneys for Defendant*