UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21125-CIV-ALTONAGA/Goodman

**LAURA GOODLOE**,

      Plaintiff,
v.

**ROYAL CARIBBEAN CRUISES, LTD.**,

      Defendant.
_____/

## **ORDER**

THIS CAUSE came before the Court upon the parties' Joint Motion for Electronic Equipment Access During [DE 121], filed February 25, 2019. The Court being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[DE 121]** is **GRANTED**.

2. Members of The Haggard Law Firm, Phil Parrish, P.A. and Champion Legal Graphics, including individually, Brian Cummins, Fabio Cicogna, and Dan Karanikis are granted permission to bring the following equipment and electronic devices into the United States District Courthouse, commencing March 4, 2019 and throughout the duration of the forthcoming trial:

    a.    Laptop computers and associated peripherals such as video, audio and power cables;

    b.    Portable copier/printer; and

    c.    Cellular telephones as necessary for coordination of witness appearances, exhibit transportation and logistics, and for the coordination of exhibits and technical issues.

CASE NO. 17-20737-CIV-ALTONAGA

3. Members of Hamilton, Miller & Birthisel, LLP and Juris LTS, Inc., including individually, Carlos Vivaco are granted permission to bring the following equipment and electronic devices into the United States District Courthouse, commencing on March 4, 2019 and throughout the duration of the forthcoming trial:

    a. Laptop computers and associated peripherals such as video, audio and power cables;

    b. Portable copier/printer; and

    c. Cellular telephones as necessary for coordination of witness appearances, exhibit transportation and logistics, and for the coordination of exhibits and technical issues.

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record