UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21125-CIV-ALTONAGA/Goodman

**LAURA GOODLOE**,

    Plaintiff,
v.

**ROYAL CARIBBEAN CRUISES, LTD.**,

    Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came for trial before the Court after a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried (*see* Minute Entries [ECF Nos. 147–149, 151]) and the jury having duly rendered its Verdict [ECF No. 152] finding Defendant, Royal Caribbean Cruises, Ltd., liable to Plaintiff, Laura Goodloe, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Laura Goodloe, and against Defendant, Royal Caribbean Cruises, Ltd.

2. Damages were found in the amount of $34,390.32 in medical expenses and $4,800,000.00 for loss of companionship and pain and suffering, for a total of $4,834,390.32. Of that amount, Defendant, Royal Caribbean Cruises, was found to be 70% at fault and must pay Plaintiff, Laura Goodloe, the amount of **$3,384,073.22**, for which sum let execution issue.

3. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001–2007, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

4. Requests for costs and attorney's fees shall not be submitted until after post-trial motions are decided or an appeal is concluded, whichever occurs later.

5. The Clerk is directed to mark this case as **CLOSED**, and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of March, 2019.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record